IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOSEA BYRD,

    Plaintiff,　　　　　　　　　　No. CIV S-10-0839 FCD DAD P

  vs.

A. LYNN, et al.,

    Defendants.　　　　　　　　　<u>ORDER</u>

_____/

      On May 5, 2010, plaintiff filed a request for reconsideration of the magistrate judge's order filed April 29, 2010, dismissing plaintiff's complaint with leave to amend. Pursuant to Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

      Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed April 29, 2010, is affirmed.

DATED: May 21, 2010.

                                                FRANK C. DAMRELL, JR.
                                                UNITED STATES DISTRICT JUDGE